UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAMES MAXWELL,<br>　　　　Plaintiff,<br>　　v.<br>GRACE M. KIM,<br>　　　　Defendant. | Case No.  16-cv-01192-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Dismissal with Leave to Amend.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that this case is dismissed with leave to amend.  The Court strongly encourages Plaintiff to schedule an appointment with the *pro se* Legal Help Center, either by calling 415-782-8982 or by signing up in the appointment book located on the table outside the door of the Legal Help Center at the United States Courthouse, 450 Golden Gate Avenue, 15th Floor, Room 2796, in San Francisco, California.  If Plaintiff does not file a first amended complaint within 60 days of the date of this Order, the action will be dismissed without prejudice, and the case will be closed.

**IT IS SO ORDERED.**

Dated: April 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge