UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH JAMES MAXWELL,

    Plaintiff,

  v.

GRACE M. KIM,

    Defendant.

Case No. 16-cv-01192-HSG

**ORDER OF DISMISSAL**

Re: Dkt. No. 11

On April 14, 2016, the Court dismissed Plaintiff's complaint with leave to amend. *See* Dkt. No. 11. The Court informed Plaintiff that if he did not file a first amended complaint within 60 days of that Order, the action would be dismissed without prejudice, and the case would be closed. *Id.* The time for Plaintiff to file a first amended complaint has passed, and Plaintiff has not filed an amended complaint.

Accordingly, the Court DISMISSES the action without prejudice. The Clerk shall close the case. Each party shall bear its own costs of suit.

**IT IS SO ORDERED.**

Dated: 6/12/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge